■ Adele Terzo et al., Appellants, v Judah Wiederkehr, Respondent. [704 NYS2d 666] —In an action to recover damages for personal injuries, etc., the plaintiffs appeal from a judgment of the Supreme Court, Queens County (Dye, J.), entered May 10, 1999, which, upon a jury verdict in favor of the defendant and against them, dismissed the complaint.

Ordered that the judgment is affirmed, with costs.

The act of painting a hallway is not work of an inherently dangerous nature as to render a building owner liable for the negligence of an independent contractor (*see, MacDonald v Heuer,* 253 AD2d 795; *Rodriguez v Lex Assocs.,* 235 AD2d 354; *Fischer v Battery Bldg. Maintenance Co.,* 135 AD2d 378; *cf., Beck v Woodward Affiliates,* 226 AD2d 328). Thus, the Supreme Court properly refused to submit an interrogatory to the jury on this issue. O'Brien, J. P., Altman, Friedmann, McGinity and Smith, JJ., concur.